UST-31, 7-91

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| JAKIMOWICH JR., EDWARD C | ) | Case No. 09-18221TUC JMM |
| JAKIMOWICH, YVONNE M | ) | |
| | ) | PETITION TO PAY |
| | ) | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) | $5.00 TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 3 | PYOD LLC, its successors and assigns<br>Citibank c/o Resurgent Capital<br>PO Box 19008<br>Greenville, SC 29602 | $ 4.19 |
| 7<br>(unsecured) | AZ Dept. of Revenue<br>Special Operations Unit<br>1600 W. Monroe, 7th Flr.<br>Phoenix, AZ 85007 | 1.71 |
| 9 | American Express Centurion Bank<br>c/o Beckett and Lee, LLP<br>POB 3001<br>Malvern, PA  19355-0701 | 3.38 |
| | TOTAL = | $ 9.28 |

May 10, 2011                               /s/ Gayle E Mills
Date                                            Gayle E. Mills, Trustee